# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JUDITH HOLCOMBE,

      Plaintiff,

vs.                                                                                      No. CIV. 19-0807 JB\SCY

WAL-MART STORES EAST, INC.
a/k/a WAL-MART STORES, INC.,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulated Order of Dismissal With Prejudice, filed March 24, 2020 (Doc. 44)("Order"). In the Order, the Court dismisses with prejudice the Complaint for Personal Injuries, filed September 3, 2019 (Doc. 1-1). See Order at 1. With no more claims, issues, or parties before the Court, the Court enters Final Judgment.

**IT IS ORDERED** that: (i) this case is dismissed with prejudice; and (ii) Final Judgment is entered.

                                                                                           _____
                                                                                        UNITED STATES DISTRICT JUDGE

*Counsel*:

David Martinez
Martinez, Hart, Thompson & Sanchez, P.C.
Albuquerque, New Mexico

    *Attorney for the Plaintiff*

Megan T. Muirhead
Jennifer A. Kittleson
Modrall, Sperling, Roehl, Harris & Sisk, PA
Albuquerque, New Mexico

    *Attorneys for the Defendant*